Case 3:20-cv-00209-GMG-RWT   Document 1   Filed 11/06/20   Page 1 of 1 PageID #: 1

3:20-cv-209
Groh,
Trumble
Sims

FILED
NOV 04 2020
U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

Clerk,                                                                10/11/2020

I was sentenced to 12 months on october 2, 2019 the charge was Possession of a Schedule II Narcotic inside the Federal Bureau of Prisons. The Judge I was sentenced by was Judge Keeley. On october 4, 2019 I was given an incident report inside the Federal Bureau of Prisons for the same charges I had just pled guilty to and was sentenced to on the 12 month consecutive sentence. On october 10, 2019 I went before the Disciplinary Hearing Officer (michael gyorke) and was found guilty of the same charges I had been found guilty and sentenced on eight days before (october 2, 2019). The Disciplinary Hearing Officer sanctioned me to a loss of 85 good conduct time credits as well as 1 year loss of email, commissary and a loss of 6 months mp3 player and phone. Is this not a Double Jeopardy case or at least uncruel Harsh Punishment. I didn't just lose the 12 months I really lost close to 15 months plus all the other sanctions on top of the others. Thank you for your time and consideration in this matter.

                                                                   sincerely,
                                                                   Richard Joe Pruitt Jr

my federal case # 1:19-Cr-40-1
my DHO case # 3200183

Can I request for some type of council to look into this if so I respectfully request for any and all help in this matter.